UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                                      Chapter 13
       Laselle Fowler,                         Case No. 17-40056-nhl

                             Debtor.

------------------------------------------------------------------ X

## **LOSS-MITIGATION ORDER**

       A Loss Mitigation Request[1] was filed by the debtor on January 10, 2017, and there being no opposition, upon the foregoing, it is hereby

       **ORDERED**, that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1. Laselle Fowler, the Debtor; and

2. Reverse Mortgage Solutions, Inc., the Creditor with respect to property located at 407 Cornelia Street Brooklyn, NY 11237, Loan No. 5519.

       It is further **ORDERED**, that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures available in the Clerk's office and posted on the Court's website; and it is further

       **ORDERED**, that the Loss Mitigation Parties shall observe the following deadlines:

1. Each Loss Mitigation Party shall designate contact persons and disclose contact information by **February 13, 2017**, unless this information has been previously provided. As part of this obligation, **a Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority**.

2. Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order**.

---

[1] All capitalized terms have the meanings defined in the Loss Mitigation Procedures.

3. Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order**.

4. Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**

5. The Loss Mitigation Session shall be scheduled not later than **March 14, 2017.**

6. The Loss Mitigation Period shall terminate on **March 21, 2017,** unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED**, that a status conference will be held in this case on **March 21, 2017 at 10:30 a.m.** before the Hon. Nancy Hershey Lord at the United States Bankruptcy Court for the Eastern District of New York located at 271-C Cadman Plaza East, Courtroom 2529, Brooklyn, N.Y. 11201 (the "Status Conference"). The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled; and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.

**Dated: January 30, 2017**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**