

April 25, 2017

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY  11201-1800

        **In Re:  Laselle Fowler**
        **Case No. 17-40056**

Dear Judge Lord:

     Please be advised that this firm has taken over the representation of Reverse Mortgage Solutions, Inc., as Secured Creditor, in the above-referenced matter.  On or about January 30, 2017, a loss mitigation order was entered by this Court.  A status conference is currently scheduled for May 3, 2017.

     This is a reverse mortgage.  Therefore, there are no loss mitigation options.  Based on the foregoing, we would respectfully request that loss mitigation be terminated.

     Thank you for your consideration of this matter.  Should you have any questions or if I can be of any further assistance, please feel free to contact me.

                                    Respectfully,

                                    /s/ Miriam J. Rosenblatt
                                  Miriam Rosenblatt Esq.
                                  Robertson, Anschutz & Schneid, PL
                                  mrosenblatt@rasflaw.com

cc:     Irene Marie Costello, Esq (Via ECF)