

<u>**VIA ECF**</u>
**The Honorable Judge Nancy H. Lord**
**United States Bankruptcy Judge**
**United States Bankruptcy Court**
**Eastern District of New York**
**271-C Cadman Plaza East**
**Brooklyn, NY 11201**

**RE: Laselle Fowler**

**Case No. 17-40056**

To The Honorable Judge Lord,

I am counsel for the Debtor in the above referenced bankruptcy. The Debtor has no objection to the Trustee's Motion to Dismiss this case.

                                                 **Very truly yours,**

                                                 */s/Irene Costello*
                                                 Irene Costello, Esq.

CC: Marianne DeRosa via email at marianned@ch13mdr.com